706 A.2d 191

IN THE MATTER OF ARTHUR G. WILLIAMSON,
AN ATTORNEY AT LAW.

March 11, 1998.

## ORDER

The Disciplinary Review Board on January 13, 1998, having filed with the Court its decision concluding that **ARTHUR G. WILLIAMSON** of **WEST NEW YORK**, who was admitted to the bar of this State in 1981, and who was temporarily suspended from the practice of law by Order dated August 7, 1996, and who remains suspended at this time, should be reprimanded for violating *RPC* 8.1(b) (failing to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ARTHUR G. WILLIAMSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.